UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

```
UNITED STATES OF AMERICA,              )
Department of Justice,                 )
950 Pennsylvania Ave, NW               )
Washington, DC 20530                   )
                                       )
          Plaintiff,                   )
                                       )
     v.                                )   Civ. No. 07-
                                       )
THE DISTRICT OF COLUMBIA;              )
THE HONORABLE ADRIAN M. FENTY,         )
Mayor of the District of Columbia,     )
in his official capacity only,         )
1350 Pennsylvania Ave, NW              )
Washington, DC 20004;                  )
STEPHEN T. BARON, Director,            )
Department of Mental Health,           )
in his official capacity only,         )
77 P Street, 4th Floor, NE             )
Washington DC 20002;                   )
and PATRICK J. CANAVAN, Chief          )
Executive Officer, St. Elizabeths      )
Hospital, in his official              )
capacity only,                         )
2700 Martin Luther King Jr Ave, SE     )
Washington, DC 20032                   )
                                       )
          Defendants.                  )
                                       )
_____)
```

**COMPLAINT**

PLAINTIFF, THE UNITED STATES OF AMERICA ("Plaintiff"), by its undersigned attorneys, hereby alleges upon information and belief:

1. The Attorney General files this Complaint on behalf of the United States of America pursuant to the Civil Rights of Institutionalized Persons Act, 42 U.S.C. § 1997, to enjoin the

- 2 -

named Defendants from egregiously and flagrantly depriving individuals housed in St. Elizabeths Hospital of rights, privileges, or immunities secured and protected by the Constitution and laws of the United States.

## Jurisdiction and Venue

2. This Court has jurisdiction over this action under 28 U.S.C. §§ 1331 and 1345.

3. The United States is authorized to initiate this action pursuant to 42 U.S.C. § 1997a.

4. The Attorney General has certified that all pre-filing requirements specified in 42 U.S.C. § 1997b have been met. The Certificate of the Attorney General is appended to this Complaint and is incorporated herein.

5. Venue in the District of Columbia is proper pursuant to 28 U.S.C. § 1391.

## Defendants

6. Defendant District of Columbia owns and operates St. Elizabeths Hospital ("St. Es"), and as such has responsibility for the services and supports provided to patients at St. Es.

7. St. Es is a District mental health hospital.

8. Defendant Adrian M. Fenty is the Mayor of the District of Columbia and, in that capacity, he has responsibility for the operation of St. Es.

- 3 -

9. Defendant Stephen T. Baron is the Director of the Department of Mental Health, which has responsibility for overseeing the operation of St. Es.

10. Defendant Patrick Canavan is the Chief Executive Officer of St. Es.

11. The individual Defendants named in Paragraphs 8 through 10 are officers of the District of Columbia and are sued in their official capacity only.

**Factual Allegations**

12. Defendants are legally responsible, in whole or in part, for the operation of St. Es and for the health and safety of the persons residing in St. Es.

13. St. Es is an institution within the meaning of 42 U.S.C. § 1997(1). St. Es provides care to psychiatric patients committed civilly or in connection with criminal proceedings.

14. Defendants are obligated to operate St. Es in a manner that does not infringe upon the federal rights, as protected by the Fifth Amendment to the Constitution of the United States and by other federal law, of individuals confined to St. Es.

15. Defendants are obligated to provide treatment, supports, and services to individuals confined to St. Es consistent with the Americans with Disabilities Act and implementing regulations. 42 U.S.C. § 12101 et seq., 28 C.F.R.

Part 35.

16. At all relevant times, Defendants have acted or failed to act, as alleged herein, under color of state law.

17. Individuals are confined to, or reside at, St. Es because they have been determined by Defendants to have significant mental illness requiring extensive intervention and treatment.

18. St. Es' supports and services substantially depart from generally accepted professional standards of care, thereby exposing the individuals confined or residing there to significant risk, and in some cases, to actual harm.

19. St. Es' supports and services substantially depart from generally accepted professional standards of care in the following specific respects, among others:

    a. the provision of adequate treatment planning;

    b. the provision of adequate assessments and diagnoses;

    c. the provision of adequate psychiatric services;

    d. the provision of adequate psychological services;

    e. the provision of adequate rehabilitation therapy services;

    f. the provision of adequate pharmacy services;

    g. the provision of adequate nursing and medical services;

- 5 -

    h.    the provision of adequate protections from undue or unreasonable seclusion and restraint; and

    i.    the provision of adequate protections from harm.

20.  St. Es' supports and services substantially depart from generally accepted professional standards of care in the provision of a sufficient number of adequately trained staff to render adequate supports and services as outlined in Paragraphs 18 through 19.

21.  Defendants have failed and continue to fail to assess individuals residing in St. Es to ascertain whether these individuals are, within the confines of any court-ordered confinement, receiving adequate treatment, supports, and services in the most integrated setting appropriate to their individual needs; that those individuals whom professionals determine should be placed in community programs are placed in such programs, when appropriate; and that these individuals are served in the most integrated setting appropriate to their needs.

### Violations Alleged

### COUNT ONE:

### Violations of the Due Process Protections of the Fifth Amendment to the United States Constitution

22.  The United States incorporates by reference the allegations set forth in Paragraphs 1 through 21 as if fully set forth herein.

- 6 -

23. The egregious and flagrant acts and omissions alleged in Paragraphs 18 through 20 constitute a pattern or practice that violates the federal rights, as protected by the Fifth Amendment to the Constitution of the United States and by other federal law, of individuals confined to St. Es.

24. Unless restrained by this Court, Defendants will continue to engage in the egregious and flagrant acts and omissions set forth in Paragraphs 18 through 20 that deprive St. Es' residents of rights, privileges, or immunities secured or protected by the Constitution of the United States and federal law, and will cause irreparable harm to these residents.

### COUNT TWO:

### Violations of the Americans with Disabilities Act

25. The United States incorporates by reference the allegations set forth in Paragraphs 1 through 21 as if fully set forth herein.

26. The egregious and flagrant acts and omissions alleged in Paragraph 21 violate the Americans with Disabilities Act and implementing regulations. 42 U.S.C. § 12101 et seq., 28 C.F.R. Part 35.

27. Unless restrained by this Court, Defendants will continue to engage in the egregious and flagrant acts and omissions set forth in Paragraph 21 that deprive St. Es residents of rights, privileges, or immunities secured or protected by

federal law, and will cause irreparable harm to these residents.

**PRAYER FOR RELIEF**

28. The Attorney General is authorized under 42 U.S.C. § 1997 to seek equitable and declaratory relief.

WHEREFORE, the United States prays that this Court enter an order:

    a. Declaring that the acts, omissions, and practices of Defendants set forth in Paragraphs 18 through 21 above constitute a pattern or practice of resistance to St. Es' residents' full enjoyment of rights, privileges, or immunities secured or protected by the Constitution or laws of the United States, and that those acts, omissions, and practices violate the Constitution and laws of the United States;

    b. Permanently enjoining Defendants, their officers, agents, employees, subordinates, successors in office, and all those acting in concert or participation with them from continuing the acts, omissions, and practices set forth in Paragraphs 18 through 21 above, and that this Court require Defendants to take such actions as will ensure that lawful conditions of institutionalization are afforded to residents of St. Es; and

- 8 -

c.  Granting such other and further equitable relief as the Court may deem just and proper.

Respectfully submitted,

_____
ALBERTO R. GONZALES
Attorney General of the United States

| | |
|---|---|
| JEFFREY A. TAYLOR<br>United States Attorney<br>District of Columbia | *(signature)*<br>WAN J. KIM<br>Assistant Attorney General<br>Civil Rights Division |
| | |
| RUDY CONTRERAS<br>Chief, Civil Division<br>United States Attorneys<br>  Office<br>District of Columbia | *(signature)* Shanetta Y. Cutlar by JCP<br>SHANETTA Y. CUTLAR<br>Chief<br>Special Litigation Section |

*(signature)*
JUDY C. PRESTON
Deputy Chief
Special Litigation Section

*(signature)*
JE YON JUNG   Bar No. 495 154
WILLIAM G. MADDOX
Senior Trial Attorneys
U.S. Department of Justice
Civil Rights Division
Special Litigation Section
950 Pennsylvania Ave, NW
Washington, DC  20530
(202) 305-1457
(202) 514-0212 (fax)



# Office of the Attorney General
Washington, D.C.

CERTIFICATE OF THE ATTORNEY GENERAL

I, Alberto R. Gonzales, Attorney General of the United States, certify that with regard to the foregoing Complaint, <u>United States v. District of Columbia, et al.</u>, I have complied with all subsections of 42 U.S.C. § 1997b(a)(1). I certify as well that I have complied with all subsections of 42 U.S.C. § 1997b(a)(2). I further certify, pursuant to 42 U.S.C. § 1997b(a)(3), my belief that this action by the United States is of general public importance and will materially further the vindication of rights, privileges, or immunities secured or protected by the Constitution and laws of the United States.

In addition, I certify that I have the "reasonable cause to believe," set forth in 42 U.S.C. § 1997a, to initiate this action. Finally, I certify that all prerequisites to the initiation of this suit under 42 U.S.C. § 1997 have been met.

Pursuant to 42 U.S.C. § 1997a(c), I have personally signed the foregoing Complaint. Pursuant to 42 U.S.C.§ 1997b(b), I am personally signing this Certificate.

Signed this __3__ day of __May_____, 2007, at Washington, D.C.

_____
Alberto R. Gonzales
Attorney General of the United States

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served by First-Class mail, postage prepaid to:

ELLEN A. EFROS
Chief, Equity 1 Section
Office of the Attorney General
441 4th Street, N.W.
6th Floor
Washington, D.C. 20001

on this 11th day of May, 2007.

LAURIE WEINSTEIN
Assistant United States Attorney
555 Fourth Street, N.W.,
Room E4820
Washington, D.C. 20001
(202) 514-7133

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

L
07-889
TFH

## I (a) PLAINTIFFS

United States

1100\

## DEFENDANTS

District of Columbia, The Honorable Adrian M. Fenty, Mayor of the District of Columbia; Stephen T. Baron, Director, Department of Mental Health; and Patrick J. Canavan, Chief Executive Officer, St. Elizabeths Hospital.

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

~~See Attachment~~ WAN J. KIM

ATTORNEYS (IF KNOWN)

Case: 1:07-cv-00889
Assigned To : Hogan, Thomas F.
Assign. Date : 5/11/2007
Description: Civil Rights-Non Employ.

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ⊙ 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ○ A. Antitrust
☐ 410 Antitrust

### ○ B. Personal Injury/Malpractice
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)  OR  ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

— O —

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| ○ K. *Labor/ERISA (non-employment)* | ⊙ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☒ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
- ⊙ 1 Original Proceeding
- ○ 2 Removed from State Court
- ○ 3 Remanded from Appellate Court
- ○ 4 Reinstated or Reopened
- ○ 5 Transferred from another district (specify)
- ○ 6 Multi district Litigation
- ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
42 U.S.C. Section 1997; Unconstitutional conditions in a mental health facility.

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ _____   Check YES only if demanded in complaint   JURY DEMAND: YES ☐  NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☒   NO ☐   If yes, please complete related case form.

DATE 5/10/07   SIGNATURE OF ATTORNEY OF RECORD  *William G. Maddox*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I. COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV. CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI. CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.